HUNTINGTON v. CITY OF NEVADA et al. (Circuit Court of Appeals, Ninth Circuit. October 7, 1897.) No. 356. Appeal from the Circuit Court of the United States for the Northern District of California. Wilson & Wilson, for appellant. A. D. Mason and J. M. Walling, for appellees. Dismissed, upon stipulation of parties. See 75 Fed. 60.

---

INDEPENDENT ELECTRIC CO. v. DONALD et al. (Circuit Court of Appeals, Eighth Circuit. October 5, 1897.) No. 932. In Error to the Circuit Court of the United States for the District of Kansas. B. F. Waggener, Albert H. Horton, and J. W. Orr, for plaintiff in error. Henry Elliston, for defendants in error. Dismissed, with costs, pursuant to the twenty-third rule, for failure to print the record on motion of defendants in error.

---

INTERSTATE COMMERCE COMMISSION v. LEHIGH VAL. R. CO. (Circuit Court of Appeals, 1, 1897 Third Circuit. October 1, 1897.) No. 28. Appeal from the Circuit Court of the United States for the Eastern District of Pennsylvania. No opinion. This cause having been called for argument in its regular order, and upon motion of counsel for appellant, it is now here ordered, adjudged, and decreed by this court that the appeal be, and the same is hereby, withdrawn, at the costs of appellant. See 74 Fed. 784.

---

THE IRON CHIEF. (Circuit Court of Appeals, Sixth Circuit. March 2, 1897.) No. 459. Appeal from the District Court of the United States for the Eastern District of Michigan. Fred Harvey and H. C. Wisner, for appellant. John C. Shaw and Harvey D. Goulder, for appellee. No opinion. Affirmed, after argument. See 53 Fed. 507.

---

KELLY et al. v. JOHNSON. (Circuit Court of Appeals, Eighth Circuit. October 5, 1897.) No. 933. In Error to the United States Court of Appeals for Indian Territory. W. N. Redivine, for plaintiffs in error. J. P. Grove, for defendant in error. No opinion. Motion of defendant in error to strike bill of exceptions sustained, and judgment affirmed, with costs.

---

KING v. SPERRY'S ADM'R. (Circuit Court of Appeals, Sixth Circuit.) No. 444. In Error to the Circuit Court of the United States for the Northern District of Ohio. J. W. Jenner, for plaintiff in error. Darius Dirlam, for defendant in error. No opinion. Affirmed.